UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMGEN INC., <br><br>　　　　　Plaintiff, <br>　v. <br><br>SANDOZ INC., *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 18-11026 (MAS)(DEA) <br>(consolidated) <br><br>(Filed Electronically) |

## SECOND AMENDED PRETRIAL SCHEDULING ORDER

**THIS MATTER** having been opened to the Court by the parties seeking entry of an Order amending the Amended Pretrial Scheduling Order (ECF No. 77); all parties having received notice and an opportunity to be heard; the Court having considered the relevant facts, case status, and the authorities and argument submitted by counsel; and good cause appearing therefore,

**IT IS** on this _12th_ day of ~~February~~ *March*, 2020,

**ORDERED THAT** the Amended Pretrial Scheduling Order (ECF No. 77) be and hereby is amended as follows: *The Court adopts Amgen's Compromise Dates. Defendants must provide available dates for R. 30(b)(6) depositions by March 17, 2020 and objections to dep. topics by March 24, 2020.*

| Event | Amgen's Dates | Amgen's Compromise Dates | Defendants' Dates |
|---|---|---|---|
| Any party, if relying upon advice of counsel as part of a patent-related claim or defense for any reason, to produce discovery related thereto for which the attorney-client and work product protection have been waived and to serve a privilege log (L. Pat. R. | February 21, 2020 | February 21, 2020 | February 21, 2020 |

| 3.8) | | | |
|---|---|---|---|
| Exchange of Privilege Logs | February 14, 2020 | February 14, 2020 | March 6, 2020 |
| Deadline to Seek Leave to Amend Pleadings or Join Parties | March 1, 2020 | March 1, 2020 | April 1, 2020 |
| Close of Fact Discovery | April 1, 2020 | April 24, 2020 | May 29, 2020 |
| Opening Expert Reports | May 15, 2020 | June 12, 2020 | July 28, 2020 |
| Rebuttal Expert Reports | June 30, 2020 | July 28, 2020 | September 11, 2020 |
| Reply Expert Reports | July 31, 2020 | August, 28, 2020 | October 12, 2020 |
| Close of Expert Discovery | October 16, 2020 | November ~~20~~ 1st, 2020 | December 18, 2020 |
| Dispositive Motions (incl. Daubert and MIL) | November 13, 2020 | ~~December 11, 2020~~ NOVEMBER 13, 2020 | January 15, 2021 |
| Responses to Dispositive Motions (incl. Daubert and MIL) | December 11, 2020 | January 8, 2021 | February 12, 2021 |
| Replies for Dispositive Motions (incl. Daubert and MIL) | January 4, 2021 | Feb. 5, 2021 | March 5, 2021 |
| Submission of the parties' Joint Pretrial Order | To Be Set By Court | To Be Set by Court | March 19, 2021 |
| Pretrial Conference | To Be Set By Court | To Be Set by Court | At the Court's convenience |
| Trial | March 2021, at the Court's convenience | MAY ~~March~~ 2021, at the Court's convenience | April _____, 2021 |
| Expiration of Hatch-Waxman Stay | September 21, 2021 | | |

*The Court will conduct a telephone status conference on April 29, 2020 at 10:00 am. Counsel for Amgen must initiate the call.*

So Ordered this 12th day of March, 2020

Douglas E. Arpert, U.S.M.J.