Eric I. Abraham (eabraham@hillwallack.com)
**HILL WALLACK, LLP**
21 Roszel Road
Princeton, NJ 08543
Tel: (609) 924-0808

*Attorneys for Defendant Sandoz Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMGEN INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **SANDOZ INC.,** <br><br> Defendant. | Civil Action No. 18-11026 (MAS)(DEA) <br><br> NOTICE OF <br> JOINT MOTION TO SEAL <br><br> Return Date: August 17, 2020 <br><br> *Electronically Filed* |

**PLEASE TAKE NOTICE** that on August 17, 2020, or as soon thereafter as set by the Court, Defendant Sandoz Inc. ("Sandoz"), by and through its attorneys Hill Wallack, LLP (Eric I. Abraham, Esq.), shall move before the Honorable Douglas E. Arpert, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and United States Courthouse, 402 E State Street, Trenton, New Jersey, for an Order pursuant to Local Civil Rule 5.3(c) sealing portions of the Stipulation Regarding Discovery and Infringement Between Plaintiffs and Sandoz (D.I. 243).

**PLEASE TAKE FURTHER NOTICE** pursuant to Local Civil Rule 7.1(d)(4) and 5.3(c)(1), no legal brief is required, and all relevant information required by Local Civil Rule 5.3(c)(3) has been set forth in the accompanying Declaration of Eric I. Abraham.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(e).

2

HILL WALLACK, LLP

Dated: July 24, 2020  By: *s/ Eric I. Abraham*
 ERIC I. ABRAHAM