**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CELGENE CORPORATION<br><br>  Plaintiff,<br><br> v.<br><br>SANDOZ INC.,<br><br>  Defendant. | Honorable Michael A. Shipp, U.S.D.J.<br><br>Civil Action No. 18-11026 (MAS)(DEA) |
| CELGENE CORPORATION<br><br>  Plaintiff,<br><br> v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.,<br><br>  Defendants. | Honorable Michael A. Shipp, U.S.D.J.<br><br>Civil Action No. 18-11269 (MAS)(DEA) |

**NOTICE OF CHANGE OF STATE OF INCORPORATION**

Please take notice that, on July 30, 2020, Defendant Sandoz Inc. changed its state of incorporation from Colorado to Delaware. Accordingly, as of July 30, 2020, Defendant Sandoz Inc. is a Delaware Corporation.

Dated: August 20, 2020

/s/ *Eric I. Abraham*
Eric I. Abraham
Nakul Y. Shah
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08543
Tel: (609) 924-0808
Fax: (609) 452-1888
eabraham@hillwallack.com
nshah@hillwallack.com

*Attorneys for Defendant Sandoz Inc.*