**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMGEN INC., <br><br>　　　　　　Plaintiff, <br>　　v. <br><br>SANDOZ INC., *et al.*, <br><br>　　　　　　Defendants. | Civil Action No. 18-11026 (MAS) (DEA) <br>(consolidated) <br><br>(Filed Electronically) |

**[PROPOSED] PRETRIAL SCHEDULING ORDER**

**THIS MATTER** having been opened by the Court ordering the parties to submit a Pretrial Scheduling Order by September 4, 2020 (ECF No. 276) and the parties' September 4, 2020 letter (ECF No. 288); all parties having received notice and an opportunity to be heard on their respective proposed dates; the Court having considered the relevant facts, case status, and the arguments submitted by counsel; and good cause appearing therefore,

**IT IS** on this ___17th___ day of September, 2020,

**ORDERED THAT** the schedule for the remainder of the above-captioned matter be and hereby is as follows:

2

| Event | Plaintiff's Proposed Dates / Defendants' Proposed Dates |
|---|---|
| Opening Expert Reports for issues on which a party bears the burden of proof. Opening Expert Reports will also include Plaintiff's expert opinions concerning objective indicia of nonobviousness | November 24, 2020 |
| Rebuttal Expert Reports, including Defendants' expert opinions concerning objective indicia of nonobviousness | January 29, 2021 |
| Close of Expert Discovery | March 12, 2021 |
| Parties to advise the Court if there are any issues for summary judgment and provide a briefing schedule | March 16, 2021 |
| Opening Motions *In Limine* and Daubert Motions | 10 days before Pre-Trial Conference |

2850918.1 003597-102077

| Pre-Trial Order | 7 days before Pre-Trial Conference |
|---|---|
| Replies for Motions *In Limine* and Daubert Motions | 3 days before Pre-Trial Conference |
| Pre-Trial Conference | At the Court's convenience (around May 14, 2021) |
| Pre-Trial Brief | June 1, 2021 |
| Trial | June 14, 2021 |

Furthermore, the Court shall conduce telephone status conferences on the following dates:

We hereby agree to the foregoing schedule:

October  19 , 2020 at 2:30 pm; February  8 , 2021 at 10:30 am and April  12 , 2021 at 10:00 am.

**SO ORDERED:**

This  17th  day of       September       , 2020

 s/ Douglas E. Arpert
**THE HONORABLE DOUGLAS E. ARPERT**
**United States Magistrate Judge**