

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

April 5, 2021

<u>**VIA ECF**</u>

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  **Re:** ***Amgen Inc. v. Sandoz, Inc.***
     **Civil Action No.: 3:18-cv-11026-MAS-DEA**

Dear Judge Shipp:

  We, along with Covington & Burling LLP and Sidley Austin LLP, represent Plaintiff Amgen Inc. ("Amgen") in the above-captioned consolidated Hatch-Waxman litigation. Since the filing of the parties' March 12, 2021 joint letter, Amgen has settled all matters in dispute with two additional defendant groups. As such, Amgen respectfully amends its request from two and a half additional trial days to two additional trial days. We will continue to update Your Honor if any further agreements are reached that would result in a reduction of the days needed for trial.

  We thank the Court for its consideration and assistance in this matter.

           Respectfully submitted,

           s/ Charles H. Chevalier
           Charles H. Chevalier

Attachment
cc: all counsel of record (via ECF and email)