

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6358

April 21, 2021

<u>Via ECF</u>

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, New Jersey 08608

Re: <u>Amgen Inc. v. Sandoz Inc., et al.,</u>
<u>Civil Action No. 18-11026 (MAS)(DEA) (consolidated)</u>

Dear Judge Arpert:

On behalf of Defendants[1] in the above-referenced matter, we write to respectfully ask the Court pursuant to Local Rule 37(a)(1) for a formal briefing schedule and corresponding hearing date for a discovery dispute between the parties. In particular, Defendants believe that the Court should strike the expert report of Amgen's expert Dr. Ronald A. Thisted in its entirety, as well as the portions of the rebuttal invalidity expert report of Dr. Andrew F. Alexis that rely on Dr. Thisted's report, because they contain opinions that are untimely and not proper rebuttals under the Court's scheduling order in this case. The parties met and conferred on these issues on April 15, 2021 but are at an impasse.

As such, Defendants respectfully request a briefing schedule as well as oral argument for the Court to resolve this dispute before the upcoming trial set for June 14, 2021. Defendants propose that the opening brief be limited to 15 pages, the opposition brief be limited to 15 pages, and the reply brief be limited to 5 pages.

We thank the Court for its consideration and appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *Eric I. Abraham*

Eric I. Abraham

cc: All counsel of record via ECF

---

[1] Alkem Laboratories Ltd., Cipla Ltd., Dr. Reddy's Laboratories and Dr. Reddy's Laboratories, Ltd., MSN Laboratories Private Ltd., Pharmascience Inc., Sandoz Inc., Torrent Pharmaceuticals Ltd., and Zydus Pharmaceuticals (USA) Inc. (collectively, "Defendants")