

**You paid $125.00 USD**

to Association of the Federal Bar of the State of New Jersey Found

Details

**Paid with**

VISA-1795 $125.00 USD

This transaction will appear on your statement as PAYPAL *AFBNJ

**Shipped to**

Danielle Stipo

21 Roszel Road, Princeton, NJ 08543

**Purchase details**

Receipt number: 8GX47068206525256

We'll send confirmation to: dstipo1970@gmail.com

**Merchant details**

Association of the Federal Bar of the State of New Jersey Found

Return to Merchant

