

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

May 5, 2021

**VIA ECF**

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: *Amgen Inc. v. Sandoz Inc., et al.,*
     *Civil Action No. 18-11026 (MAS)(DEA) (consolidated)*

Dear Judge Arpert:

  We represent Defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., and Sandoz, Inc. ("Defendants") in the above referenced matter.

  Due to an unintentional error, on May 4, 2021 Defendants erroneously filed an unrelated document in this matter, under D.E. 352. Defendants apologize to the Court for this oversight, and respectfully request that the Court remove D.E. 352 from the Civil Docket Sheet in this matter.

  We thank the Court for its time and consideration.

            Respectfully submitted,

            /s/ *Eric Abraham*
            ERIC ABRAHAM

cc: All counsel of record (via ECF)