**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDOZ INC., et al. <br><br> Defendants. | Civil Action No. 18-11026 (MAS) (DEA) <br><br> **ORDER** |

This matter comes before the Court upon Plaintiff Amgen, Inc.'s ("Amgen") and Defendants Cipla Ltd., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Sandoz Inc., MSN Laboratories Private Ltd., Pharmascience, Inc., and Zydus Pharmaceuticals (USA), Inc.'s ("Zydus") (collectively, "Defendants") *in limine* and *Daubert* motions. (ECF Nos. 351, 353-54, 359-61, 363.) The Court has carefully considered the parties' corresponding opposition briefs (ECF Nos. 368-69, 372-76), and decides the matter without oral argument pursuant to Local Civil Rule 78.1.

For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 7 day of June 2021 **ORDERED** that:

1. Amgen's Motion *in Limine* to Preclude Defendants' Expert Witness, Dr. Elaine Gilmore, from Offering any Opinions about Material Incorporated from the Reports of other Experts (ECF No. 363) is **DENIED**.

2. Amgen's Motion *in Limine* to Exclude Dr. Gordon Gribble's European Patent Law Testimony (ECF No. 361) is **DENIED**.

3. Zydus's Motion to Preclude Testimony by Dr. Fabia Gozzo and Dr. Allan Myerson regarding New Opinions on Infringement (ECF No. 359) is **DENIED**.

4. Defendants' Motion *in Limine* to Preclude the Testimony of Amgen's Expert William F. Smith and to Strike His Expert Report (ECF No. 351) is **DENIED**.

5. Defendants' Motion *in Limine* to Preclude Testimony of Amgen's Experts Dr. Ronald A. Thisted and Dr. Andrew F. Alexis (ECF No. 353) is **DENIED**.

6. Defendants' *Daubert* Motion to Exclude Certain Testimony of Amgen's Expert Dr. Ronald A. Thisted (ECF No. 354) is **DENIED**.

7. Defendants' Motion *in Limine* to Preclude the Testimony of Plaintiff's Expert Mr. Mercer and to Strike His Expert Report (ECF No. 360) is **DENIED**.

MICHAEL A. SHIPP
**UNITED STATES DISTRICT JUDGE**