Charles H. Chevalier
J. Brugh Lower
Christine A. Gaddis
Rachel S. Johnston
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com
jlower@gibbonslaw.com
cgaddis@gibbonslaw.com
rjohnston@gibbonslaw.com

*Attorneys for Plaintiff Amgen Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMGEN INC.,<br><br>                Plaintiff,<br><br>v.<br><br>SANDOZ INC., et al.,<br><br>                Defendant. | Civil Action No. 18-11026 (MAS)(DEA)<br>(consolidated)<br><br>**STIPULATION AND ORDER REGARDING CASE CONSOLIDATION FOR TRIAL** |
| AMGEN INC.,<br><br>                Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.,<br><br>                Defendant. | Civil Action No. 18-11267 (MAS)(DEA) |

1

| | |
|---|---|
| AMGEN INC., <br><br>                Plaintiff, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC., <br><br>                Defendants. | Civil Action No. 18-11269 (MAS)(DEA) |
| AMGEN INC., <br><br>                Plaintiff, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC., <br><br>                Defendant. | Civil Action No. 19-18806(MAS)(DEA) |

Plaintiff Amgen Inc. ("Plaintiff") and Defendants Sandoz Inc., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., and Zydus Pharmaceuticals (USA) Inc. (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

**WHEREAS**, the above-captioned actions, Civil Action Nos. 18-11026 (consolidated),18-11267, 18-11269, and 19-18806 are currently pending in this Court and involve the same Plaintiff, related patents, and concern Abbreviated New Drug Applications that reference the same New Drug Application for Otezla® apremilast products;

**WHEREAS**, in Civil Action No. 18-11026 (consolidated), the Court held a teleconference on June 4, 2021, and the Court directed the Parties to submit a proposed order for consolidation of the above-captioned actions for purposes of trial; and

**WHEREAS**, the Parties agree that consolidation of the above-captioned actions for purposes of trial would promote judicial economy and conserve the Court's and the Parties' time and resources.

**NOW THEREFORE**, it is hereby **STIPULATED and ORDERED** that Civil Action Nos. 18-11026 (consolidated), 18-11267, 18-11269, and 19-18806 are hereby consolidated for purposes of trial only.

**AGREED AND STIPULATED TO:**

Dated: June __, 2021

| | |
|---|---|
| By: *s/Eric Abraham*<br>Eric I. Abraham<br>**Hill Wallack, LLP**<br>21 Roszel Road<br>Princeton, NJ 08543<br>(609) 924-0808<br>eabraham@hillwallack.com<br><br>*Of Counsel*:<br>George Lombardi<br>Maureen L. Rurka<br>Samantha Maxfield Lerner<br>**Winston & Strawn LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-6463<br>glombardi@winston.com<br>mrurka@winston.com<br>slerner@winston.com<br><br>Jovial Wong<br>Sharon Lin<br>**Winston & Strawn LLP**<br>1901 L Street, NW<br>Washington, DC 20036<br>(202) 282-5000<br>jwong@winston.com<br>slin@winston.com<br><br>Noori Torabi | By: *s/Charles H. Chevalier*<br>Charles H. Chevalier<br>J. Brugh Lower<br>Christine A. Gaddis<br>Rachel Johnston<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>(973) 596-4611<br>cchevalier@gibbonslaw.com<br>cgaddis@gibbonslaw.com<br><br>*Of Counsel*:<br>George F. Pappas (pro hac vice)<br>Michael N. Kennedy (pro hac vice)<br>Kevin B. Collins (pro hac vice)<br>Jeffrey B. Elikan (pro hac vice)<br>Jay Alexander (pro hac vice)<br>Priscilla Dodson (pro hac vice)<br>Alexander Trzeciak (pro hac vice)<br>Philip S. May<br>Antonio J. Carvalho (pro hac vice)<br>Joseph Hykan (pro hac vice)<br>Priscilla N.A. Nyankson (pro hac vice)<br>Daniel H. Lee (pro hac vice)<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>(202) 662-6000 |

**Winston & Strawn LLP**
101 California St, 35th Floor
San Francisco, CA 94111
(415) 591-1000
ntorabi@winston.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Inc.*
*and Dr. Reddy's Laboratories, Ltd.*
*and Defendant Sandoz Inc.*

By: *s/Theodora McCormick*
Theodora McCormick
Lauren B. Cooper
Robert Lufrano
**Epstein Becker & Green, P.C.**
150 College Road West, Suite 301
Princeton, New Jersey 08540
Telephone: (609) 455-1540

Michael J. Gaertner (pro hac vice)
David B. Abramowitz (pro hac vice)
Carolyn A. Blessing (pro hac vice)
Emily L. Savas (pro hac vice)
Jennifer M. Coronel (pro hac vice)
August Melcher (pro hac vice)
**Locke Lord LLP**
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

*Attorneys for Defendant Zydus*
*Pharmaceuticals (USA) Inc.*

Alexa Hansen (pro hac vice)
David S. Denuyl (pro hac vice)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105
(415) 591-7035

Robert Zhou (pro hac vice)
COVINGTON & BURLING LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 632-4700

Steven J. Horowitz (pro hac vice)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Sue Wang (pro hac vice)
SIDLEY AUSTIN LLP
555 California Street Suite 2000
San Francisco, CA 94104
(415) 772-1200

Wendy A. Whiteford
Eric M. Agovino
C. Nichole Gifford
Dennis Smith
Gregory Bonifield
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789

*Attorneys for Plaintiff*
*Amgen, Inc.*

**IT IS SO ORDERED.**

Dated: June ___, 2021

_____
Michael A. Shipp, U.S.D.J.