UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON

**JUDGE:** MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD

**DATE:** JUNE 14, 2021

**LEAD CASE # 18-11026 (MAS)**

**TITLE OF CASE:**
AMGEN INC.
              vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., J. Brugh Lower, Esq., Rachel Johnston, Esq., George F. Pappas, Esq., Michael N. Kennedy, Esq., Jeffrey B. Elikan, Esq., Kevin B. Collins, Esq., Jay Alexander, Esq., Priscilla Dodson, Esq., Alexander Trzeciak, Esq., Philip S. May, Esq., Antonio J. Carvalho, Esq., Joseph Hykan, Esq., Priscilla N.A. Nyankson, Esq., Daniel H. Lee, Esq., Alexa Hansen, Esq., David S. Denuyl, Esq., Robert Zhou, Esq., Steven J. Horowitz, Esq., and Sue Wang, Esq. for Plaintiff

Jonathan Graham, Esq., Wendy A. Whiteford, Esq., Eric M. Agovino, Esq., C. Nichole Gifford, Esq., Dennis Smith, Esq., and Gregory Bonifield, Esq. in-house counsel for Amgen

Eric Abraham, Esq., George Lombardi, Esq., Maureen Rurka, Esq., Samantha Maxfield Lerner, Esq., Jovial Wong, Esq., Kevin Warner, Esq., Sharon Lin, Esq., and Noori Torabi, Esq. on behalf of Defendants DRL and Sandoz

Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq., Jennifer Coronel, Esq., August Melcher, Esq., and Theodora McCormick, Esq. for Defendant Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury commenced before the Honorable Michael A. Shipp, U.S.D.J.
George Pappas, Esq. opened for Plaintiff.
George Lombardi, Esq. opened for Defendant DRL and Sandoz.
Carolyn Blessing, Esq. opened for Defendant Zydus.
Court recess: 11:46 A.M. – 12:16 P.M.
Dr. Stephen G. Davies sworn for Plaintiff.
Various exhibits admitted and entered into evidence.
Dr. Peter H. Schafer sworn for Plaintiff.
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Tuesday, June 15, 2021, at 9:30 a.m.

Time Commenced: 9:35 AM
Time Adjourned:    3:10 PM
Total Time:        5 hrs 5 min

s/Gina Hernandez-Buckley
**DEPUTY CLERK**