UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:**   TRENTON     **DATE:**   JUNE 15, 2021

**JUDGE**: MICHAEL A. SHIPP

**LEAD CASE  # 18-11026 (MAS)**

**COURT REPORTER:**  MEGAN MCKAY-SOULE

**TITLE OF CASE:**
AMGEN INC.
                vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., J. Brugh Lower, Esq., Rachel Johnston, Esq., George F. Pappas, Esq., Jeffrey B. Elikan, Esq., and Jay Alexander, Esq., Alexander Trzeciak, Esq., Joseph Hykan, Esq., Daniel Lee, Esq., and Robert Zhou, Esq. on behalf of Plaintiff

Jonathan Graham, Esq., Wendy A. Whiteford, Esq., C. Nichole Gifford, Esq., and Dennis Smith, Esq. in-house counsel for Amgen, Inc.

Eric Abraham, Esq., George Lombardi, Esq., Maureen Rurka, Esq., Samantha Maxfield Lerner, Esq., Jovial Wong, Esq., Kevin Warner, Esq., Sharon Lin, Esq., and Noori Torabi, Esq. on behalf of Defendants DRL and Sandoz

Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq., August Melcher, Esq., and Theodora McCormick, Esq. for Defendant Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Michael A. Shipp, U.S.D.J.
Dr. Richard Knowles sworn for Plaintiff.
Various exhibits admitted and entered into evidence.
Dr. Andrew Alexis sworn for Plaintiff.
Court recess: 12:24 P.M. – 12:54 P.M.
Dr. Alexis resumed on direct.
Various exhibits admitted and entered into evidence.
Dr. Christopher Vellturo sworn for Plaintiff.
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Wednesday, June 16, 2021, at 9:30 a.m.

Time Commenced: 9:31 AM
Time Adjourned:    3:38 PM
Total Time:       5 hr 37 min

                                                                  s/Gina Hernandez-Buckley
                                                                  **DEPUTY CLERK**