UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON **DATE:** JUNE 16, 2021

**JUDGE**: MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD **LEAD CASE # 18-11026 (MAS)**

**TITLE OF CASE:**
AMGEN INC.
        vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., J. Brugh Lower, Esq., Rachel Johnston, Esq., George F. Pappas, Esq., Kevin Collins, Esq., Antonio J. Carvalho, Esq., Alexa Hansen, Esq., David Denuyl, Esq., and Priscilla Nyankson, Esq. on behalf of Plaintiff

Jonathan Graham, Esq., Wendy A. Whiteford, Esq., and Greg Bonifield, Esq. in-house counsel for Amgen, Inc.

Eric Abraham, Esq., George Lombardi, Esq., Maureen Rurka, Esq., Samantha Maxfield Lerner, Esq., Jovial Wong, Esq., Kevin Warner, Esq., Sharon Lin, Esq., and Noori Torabi, Esq. on behalf of Defendants DRL and Sandoz

Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq., Jennifer Coronel, Esq., August Melcher, Esq., and Robert Lufrano, Esq. on behalf of Defendant Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Michael A. Shipp, U.S.D.J.
Dr. Allan S. Myerson sworn for Plaintiff.
Various exhibits admitted and entered into evidence.
Statement of "Swiss Commissioner" Jonas D. Gassmann read into the record in accordance with Swiss law.
Dr. Fabia Gozzo sworn for Plaintiff.
Various exhibits admitted and entered into evidence.
Plaintiff concluded presentation of its witnesses on issues of infringement.
Defendant Zydus moved for directed verdict on certain claims of the '101 patent.
Motion taken under advisement.
Decision reserved.
Defendants' Deposition Designations/Plaintiff's Counter-Designation clips of Dr. George Muller played into the record.
Defendants' Deposition Designations/Plaintiff's Counter-Designation clips of Dr. Patricia Rohane played into the record.
Defendants' Deposition Designations/Plaintiff's Counter-Designation clips of Dr. Jean Xu played into the record.
Defendants' Deposition Designations/Plaintiff's Counter-Designation clips of Richard Person played into the record.

Various exhibits admitted and entered into evidence.

Trial without jury adjourned until Friday, June 18, 2021, at 9:30 a.m.

Time Commenced: 9:30 AM
Time Adjourned: 1:12 PM
Total Time: 3 hr 42 min

                                                                        s/Gina Hernandez-Buckley
                                                                            **DEPUTY CLERK**