UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON						**DATE:** JUNE 18, 2021

**JUDGE**: MICHAEL A. SHIPP

**COURT REPORTER:** MEGAN MCKAY-SOULE			**LEAD CASE # 18-11026 (MAS)**

**TITLE OF CASE:**
AMGEN INC.
        vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., J. Brugh Lower, Esq., Rachel Johnston, Esq., George F. Pappas, Esq., Priscilla Dodson, Esq., Jeffrey Eilkan, Esq., Daniel Lee, Esq., Alexa Hansen, Esq., Robert Zhou, Esq., and Steven Horowitz, Esq. on behalf of Plaintiff

Jonathan Graham, Esq., Wendy A. Whiteford, Esq., and Greg Bonifield, Esq. in-house counsel for Amgen, Inc.

Eric Abraham, Esq. and Nakul Shah, Esq. on behalf of Defendant Sandoz

Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq., Jennifer Coronel, Esq., August Melcher, Esq., and Theodora McCormick, Esq. on behalf of Defendant Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Michael A. Shipp, U.S.D.J.
Dr. Gordon W. Gribble sworn for Defendant Zydus.
Court Recess: 12:00 P.M. – 12:30 P.M.
Dr. Gribble resumed on cross.
Various exhibits admitted and entered into evidence.
Dr. Clive Page sworn for Defendant Zydus.
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Monday, June 21, 2021, at 9:30 a.m.

Time Commenced:   9:30 AM
Time Adjourned:      3:58 PM
Total Time:         5 hr 58 min

                                              s/Gina Hernandez-Buckley
                                                  **DEPUTY CLERK**