

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6358

June 21, 2021

**VIA ECF**

The Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **RE:**   ***Amgen, Inc. v. Sandoz Inc., et al.***
> ***Civil Action No. 18-11026 (MAS)(DEA) (consolidated)***

Dear Judge Shipp:

We represent Defendants Sandoz Inc. in the above referenced matter.  On behalf of Defendants, please accept this letter updating the trial schedule set forth in our letter dated June 20, 2021 (D.E. 435). We have increased the anticipated length of the direct examination of Dr. Steed by 0.50 hours.

As a result, the trial schedule for Tuesday will be:

**Dr. Steed**

Direct: 1.5

Cross: 0.5

**Dr. Sacchetti**

Direct: 0.75

Cross: 0.5

**Dr. Miller**

Direct: 1

Cross: 0.25

**Susan Kim**

Direct and Cross (by counter-designation): 0.40

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/Eric I. Abraham
ERIC I. ABRAHAM

HILL WALLACK LLP
ATTORNEYS AT LAW


Page 2


cc:     Counsel of Record via ECF