UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON　　　　　　　　　　　　　　　　**DATE:** JUNE 21, 2021

**JUDGE:** MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD　　　　　　　**LEAD CASE # 18-11026 (MAS)**

**TITLE OF CASE:**
AMGEN INC.
　　　vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., J. Brugh Lower, Esq., Rachel Johnston, Esq., George F. Pappas, Esq., Michael Kennedy, Esq., Jay Alexander, Esq., Alex Trzeciak, Esq., Antonio J. Carvalho, Esq., and Joseph Hykan, Esq. on behalf of Plaintiff

Jonathan Graham, Esq., Wendy A. Whiteford, Esq., Eric Agovino, Esq., and Denis Smith, Esq. in-house counsel for Amgen, Inc.

Eric Abraham, Esq., Maureen Rurka, Esq., Samantha Lerner, Esq., and Kevin Walker, Esq. on behalf of Defendant Sandoz

Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq., Jennifer Coronel, Esq., August Melcher, Esq., and Theodora McCormick, Esq. on behalf of Defendant Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Michael A. Shipp, U.S.D.J.
Dr. Elaine S. Gilmore sworn for Defendants.
Court Recess: 12:39 P.M. – 1:08 P.M.
Dr. Gilmore resumed on cross.
Various exhibits admitted and entered into evidence.
Dr. Daniel O. Scharfstein sworn for Defendants.
Various exhibits admitted and entered into evidence.
Ivan T. Hofmann sworn for Defendants.
Trial without jury adjourned until Tuesday, June 22, 2021, at 9:30 a.m.

Time Commenced:　9:33 AM
Time Adjourned:　　3:24 PM
Total Time:　　　　5 hr 22 min

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Gina Hernandez-Buckley
　　　　　　　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**