**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:**  TRENTON                                    **DATE:**  JUNE 22, 2021

**JUDGE**: MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD                    **LEAD CASE  # 18-11026 (MAS)**

**TITLE OF CASE:**
AMGEN INC.
                    vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., J. Brugh Lower, Esq., Rachel Johnston, Esq., George F. Pappas, Esq.,
Kevin Collins, Esq., Jay Alexander, Esq., Philip May, Esq., Antonio J. Carvalho, Esq., Joseph Hykan, Esq.,
Alexa Hansen, Esq., and David Denuyl, Esq. on behalf of Plaintiff

Jonathan Graham, Esq., Wendy A. Whiteford, Esq., Dennis Smith, Esq., and Greg Bonifield, Esq. in-house
counsel for Amgen, Inc.

Noori Torabi, Esq., Sharon Lin, Esq., and Kevin Walker, Esq. on behalf of Defendant Sandoz

Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq.,
Jennifer Coronel, Esq., August Melcher, Esq., and Robert Lufrano, Esq. on behalf of Defendant Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Michael A. Shipp, U.S.D.J.
Mr. Hofmann continued on direct.
Parties moved to seal the courtroom during selected portions of Mr. Hofmann's testimony; courtroom sealed.
Various exhibits admitted and entered into evidence.
Dr. Jonathan W. Steed sworn for Defendants.
Court Recess: 12:21 P.M. – 12:51 P.M.
Dr. Steed resumed on cross.
Various exhibits admitted and entered into evidence.
Dr. Mark J. Sacchetti sworn for Defendants.
Various exhibits admitted and entered into evidence.
Dr. Steven Miller sworn for Defendants.
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Wednesday, June 23, 2021, at 9:30 a.m.

Time Commenced:   9:30 AM
Time Adjourned:      3:32 PM
Total Time:          5 hr 32 min

                                                    s/Gina Hernandez-Buckley
                                                    **DEPUTY CLERK**