UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON **DATE:** JUNE 25, 2021

**JUDGE**: MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD     **LEAD CASE # 18-11026 (MAS)**

**TITLE OF CASE:**
AMGEN INC.
            vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., J. Brugh Lower, Esq., Rachel Johnston, Esq., George F. Pappas, Esq., Jeffrey Eilkan, Esq., Michael Kennedy, Esq., Alex Trzeciak, Esq., Daniel Lee, Esq., and Robert Zhou, Esq. on behalf of Plaintiff

Jonathan Graham, Esq., Wendy A. Whiteford, Esq., Eric Agovino, Esq., and Nichole Gifford, Esq. in-house counsel for Amgen, Inc.

Maureen Rurka, Esq. on behalf of Defendant Sandoz

Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq., Jennifer Coronel, Esq., August Melcher, Esq., and Theodora McCormick, Esq. on behalf of Defendant Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury continued before the Honorable Michael A. Shipp, U.S.D.J.
Dr. Richard Knowles sworn for Plaintiff.
Dr. Andrew Alexis sworn for Plaintiff.
Court Recess: 12:32 P.M. – 1:02 P.M.
Dr. Alexis resumed on direct.
Various exhibits admitted and entered into evidence.
Closing arguments to be heard on July 28, 2021, at a time to be set.
Trial without jury adjourned until July 28, 2021.

Time Commenced:   9:31 AM
Time Adjourned:      3:55 PM
Total Time:            5 hr 54 min

                              s/Gina Hernandez-Buckley
                              **DEPUTY CLERK**