UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AMGEN, INC.,

        Plaintiff,

v.

SANDOZ, INC., et al.,

        Defendants.

Civil Action No. 18-11026 (MAS) (DEA)
(consolidated)

**ORDER**

This matter came before the Court for a bench trial from June 14, 2021 through June 25, 2021. For the reasons set forth on the record on June 25, 2021, and for other good cause shown,

IT IS on this 28th day of June 2021, **ORDERED** that:

1. By July 8, 2021, each party must electronically file: (1) a post-trial brief; (2) proposed Findings of Fact; and (3) proposed Conclusions of Law. Post-trial briefs shall be limited to ninety pages. The parties shall have an unlimited number of pages for proposed Findings of Fact and proposed Conclusions of Law.

2. By July 8, 2021, the parties must electronically file a joint master exhibit list that sets forth the exhibits (by number and description) introduced during the trial.

3. By July 15, 2021, each party must submit a flash drive with both PDF and Microsoft versions of its (1) post-trial brief; (2) proposed Findings of Fact; and (3) proposed Conclusions of Law. The PDF versions of the documents should contain hyperlinks to the exhibits cited. In addition, all exhibits should be in native, searchable format.

4. Closing argument will be held on July 28, 2021 at 9:30 am via videoconference. The parties shall provide the Court with a link. Plaintiff and Defendants will be limited to one and a half-hours of argument per side.

                                                                MICHAEL A. SHIPP
                                                                UNITED STATES DISTRICT JUDGE