

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

July 15, 2021

**VIA ECF**
Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *Amgen Inc. v. Sandoz, Inc.*, **No. 3:18-cv-11026(MAS)(DEA)(consolidated)**

Dear Judge Shipp:

    We, along with Covington & Burling LLP, and Sidley Austin LLP, represent Plaintiff Amgen Inc. ("Amgen") in the above-referenced consolidated Hatch-Waxman litigation. We write to make you aware that we have filed a corrected Federal Rule of Civil Procedure 52(c) motion (ECF No. 474), updated with final transcript citations, as we represented we would do at the conclusion of trial. Additionally, and in further support of our 52(c) motion, Defendants failed to address any arguments regarding written description or enablement of the '536 Psoriasis Patent in their post-trial brief. Amgen is ready to provide additional briefing on this issue should the Court require it.

                                             Respectfully submitted,

                                             s/ Charles H. Chevalier
                                              Charles H. Chevalier

cc: All counsel of record (via ECF and Email)