

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

July 26, 2021

**VIA ECF**
Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *Amgen Inc. v. Sandoz, Inc.*, No. 3:18-cv-11026(MAS)(DEA)(consolidated)

Dear Judge Shipp:

We, along with Covington & Burling LLP, and Sidley Austin LLP, represent Plaintiff Amgen Inc. ("Amgen") in the above-referenced consolidated Hatch-Waxman litigation. In advance of the July 28, 2021 closing arguments (*see* ECF No. 456), we submit on behalf of all parties the below list of counsel who will be attending and presenting closing arguments.

| PARTY | ATTENDING | PRESENTING |
|---|---|---|
| Amgen Inc. | Charles H. Chevalier<br>Rachel S. Johnston<br><br>George F. Pappas<br>Michael N. Kennedy<br>Jeffrey B. Elikan<br>Alexa Hansen<br>Priscilla Dodson<br>Philip S. May<br><br>Wendy Whiteford<br>Eric Agovino<br>Dennis Smith<br>Nikki Gifford | Jeffrey B. Elikan<br>Alexa Hansen |
| Sandoz Inc. | Eric Abraham<br>Nakul Shah<br><br>George Lombardi | George Lombardi |

GIBBONS P.C.

July 26, 2021
Page 2

|  | Maureen Rurka<br>Samantha Lerner<br>Noori Torabi<br>Sharon Lin<br>Courtney Block<br><br>Neema Kuma<br>Philip Carey<br>Thomas Cullen |  |
|---|---|---|
| Zydus Pharmaceuticals (USA) Inc. | Robert Lufrano<br><br>Michael Gaertner<br>David Abramowitz<br>Carolyn Blessing<br>Emily Savas<br>August Melcher<br><br>Dr. Brij Khera | David Abramowitz |

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: All counsel of record (via ECF and Email)