UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON                                                              **DATE:** JULY 28, 2021

**JUDGE:** MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD                          **LEAD CASE # 18-11026 (MAS)**

**TITLE OF CASE:**
AMGEN INC.
        vs.
SANDOZ INC., et al.

**APPEARANCES:**
Charles H. Chevalier, Esq., Rachel Johnston, Esq., George F. Pappas, Esq., Jeffrey Eilkan, Esq., Michael Kennedy, Esq., Alexa Hansen, Esq., Priscilla Dodson, Esq., and Philip S. May, Esq. on behalf of Plaintiff

Wendy A. Whiteford, Esq., Eric Agovino, Esq., Dennis Smith, Esq. and Nikki Gifford, Esq. in-house for Amgen, Inc.

Eric Abraham, Esq., Nakul Shah, Esq., George Lombardi, Esq., Maureen Rurka, Esq., Samantha Lerner, Esq., Norri Torabi, Esq., Sharon Lin, Esq., and Courtney Block, Esq. on behalf of Defendant Sandoz

Neema Kuma, Esq., Philip Carey, Esq. and Thomas Cullen, in-house for Sandoz

Robert Lufrano, Esq., Michael Gaertner, Esq., David Abramowitz, Esq., Carolyn Blessing, Esq., Emily Savas, Esq., and August Melcher, Esq. on behalf of Defendant Zydus
Dr. Brij Khera, in-house for Zydus

**NATURE OF PROCEEDINGS:**
Trial without jury resumed before the Honorable Michael A. Shipp, U.S.D.J. from June 25, 2021.
Closing arguments held.
Jeffrey B. Elikan, Esq. and Alexa Hansen, Esq. closed for Plaintiff.
George Lombardi, Esq. closed for Defendant Sandoz Inc.
David Abramowitz, Esq. closed for Defendant Zydus Pharmaceuticals (USA) Inc.
Ordered decision taken under advisement.

Time Commenced:   9:31 AM
Time Adjourned:   12:52 PM
Total Time:       3 hr 21 min

                                                                    s/Gina Hernandez-Buckley
                                                                      **DEPUTY CLERK**