

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

August 20, 2021

**VIA ECF**

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:   *Amgen Inc. v. Sandoz Inc., et al.*,
               **Civil Action No.: 18-cv-11026-MAS-DEA (consolidated)**

Dear Judge Arpert:

      We, along with Covington & Burling LLP, and Sidley Austin, LLP, represent Plaintiff Amgen Inc. in the above-referenced matter. We write on behalf of all parties to request that the Court direct the Clerk's Office to unseal the following documents: ECF Nos. 362, 364, 368, 383, 405, 441, 458, 460, 462, 465, and 473. The parties filed these documents under seal out of an abundance of caution. However, after conferring with counsel for Defendants, the parties have confirmed that the documents should be unsealed and placed on the public docket.

      Please do not hesitate to have Your Honor's staff contact me with any questions regarding the foregoing if we may be of any assistance to the Court. We thank the Court for its consideration and continued assistance in this matter.

                                                       Respectfully submitted,

                                                       s/ Charles H. Chevalier
                                                        Charles H. Chevalier

cc:  All counsel of record via ECF and email